THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:     415/444-5800
Facsimile:       415/444-5805
tfrankovich@disabilitieslaw.com

Attorney For, HOLLY CASH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY CASH,<br><br>  Plaintiff,<br><br>v.<br><br><br>PREVUES PEEKABOO LOUNGE;  R. MICHAEL MCNALLY and LINDA RAE MCNALLY, Trustees of the R. MICHAEL MCNALLY and LINDA RAE MCNALLY REVOCABLE TRUST dated 6/6/1996,<br><br>  Defendants. | CASE NO. 2:14-CV-02257-TLN-KJN<br><br>STIPULATION OF DISMISSAL AND ORDER THEREON |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated:, August 10, 2015                THOMAS E. FRANKOVICH
                                       *A PROFESSIONAL LAW CORPORATION*

                                       By*:   /s/ Thomas E. Frankovich*
                                             Thomas E. Frankovich
                                       Attorney for HOLLY CASH


Dated: August 10, 2015                 RICK MORIN
                                       LAW OFFICE OF RICK MORIN

                                                              Approved
                                                              Signature
                                                              8/10/2015

                                       By:   /s/ Rick Morin
                                             Rick Morin
                                       Attorney for Defendants R. MICHAEL MCNALLY
                                       and LINDA RAE MCNALLY, Trustees of the R.
                                       MICHAEL MCNALLY and LINDA RAE
                                       MCNALLY REVOCABLE TRUST dated 6/6/1996

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: August 18, 2015

Troy L. Nunley
United States District Judge